# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:15-CR-265-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KENWANIEE VONTORIAN TATE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal" (Document No. 82) filed January 4, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff seeks to seal the "Government's Response To Defendant's Motion To Reduce Sentence" (Document No. 81), contending that the response includes references to Defendant's medical records, BOP Inmate Profile, and his social security number. See (Document No. 82).

Having considered LCvR 6.1(c) and LCrR 49.1.1, the Court will grant the motion to seal. Noting that the time for public response has not run to this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure. See Local Rule 6.1(e).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion to Seal" (Document No. 82) is **GRANTED**. The "Government's Response…" (Document No. 81) shall remain under seal until otherwise ordered by the Court.

**SO ORDERED**.

Signed: January 6, 2021

David C. Keesler
United States Magistrate Judge